UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE E. BOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant. | Case No. 20-cv-01735-JST<br><br>**ORDER OF DISMISSAL** |

On March 11, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Court informed plaintiff that this action was deficient because he had not paid the filing fee or submitted a complete *in forma pauperis* application. ECF No. 2. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF No. 2. The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months. The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: May 8, 2020

                                                                             JON S. TIGAR
                                                       United States District Judge