UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE E. BOLDS, | Case No. 20-cv-01735-JST |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated Coalinga State Hospital, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2021, the Court referred the matter for settlement proceedings before Magistrate Judge Robert Illman. ECF No. 20. On May 21, 2021, Judge Illman reported that the matter had settled. ECF No. 28. On July 9, 2021, the Court received a copy of a "Stipulation and Request for Dismissal with Prejudice; Order of Dismissal Pursuant to Stipulation," stating:

> Plaintiff Terrance E. Bolds and defendant County of Alameda (sued herein as "Alameda County Sheriff's Department"), having agreed to settle and having fully performed the material terms of their settlement, which terms include, without limitation, having transmitted and received the agreed-upon settlement amount, and having fully and voluntarily executed the Release and Settlement Agreement, hereby stipulate and request that the above captioned matter be DISMISSED WITH PREJUDICE.

ECF No. 30 at 1. The stipulation is signed by both Plaintiff and counsel for Defendants. ECF No. 30 at 1-2. Accordingly, IT IS HEREBY ORDERED THAT this entire action, and all Defendants, are DISMISSED WITH PREJUDICE. The Clerk shall close the file.

/ / /

/ / /

The Clerk shall send a copy of this order to Judge Illman.

**IT IS SO ORDERED.**

Dated: July 13, 2021



JON S. TIGAR
United States District Judge